175 So.2d 648

**Lawrence P. BOYER**

v.

**GULF TOOL COMPANY and American Casualty Company.**

**No. 47806.**

June 11, 1965.

· In re: Gulf Tool Company and American Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 174 So.2d 147.

Writ denied. No error of law under the facts found by the Court of Appeal.

175 So.2d 648

**Quintin J. MATTEL**

v.

**PITTMAN CONSTRUCTION COMPANY, Inc. and Fidelity & Casualty Company of New York.**

**No. 47802.**

June 11, 1965.

In re: Quintin J. Mattel applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 174 So.2d 141.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.